## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 13th day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
*Connolly Bove Lodge & Hutz LLP*
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Amy J. Swedberg, Esquire
*Maslon Edelman Borman &*
   *Brand, LLP*
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

_____
Mary E. Augustine (No. 4477)

619906v1                                3